# United States Court of Appeals
## For the First Circuit

No. 12-1618

WILLIAM RÍOS-PIÑEIRO,

Plaintiff, Appellant,

v.

UNITED STATES OF AMERICA,

Defendant, Appellee.

ERRATA SHEET

The opinion of this Court issued on April 15, 2013 is amended as follows:

Page 6, line 22:  "<u>Parklane Hosiery Co.</u>" is corrected to "<u>Parklane Hosiery Co., Inc.</u>".
Page 6, line 24:  "actually litigated" is corrected to "<u>actually litigated</u>".
Page 7, line 16:  "<u>Director</u>" is corrected to "<u>Dir.</u>".
Page 12, line 8:  "[I]t" is corrected to "[i]t".